**James F. HOSKINS, Plaintiff—Appellant,**

v.

**Janet NAPOLITANO, Secretary of Homeland Security; United States Coast Guard, Defendants–Appellees.**

No. 13–1057.

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 24, 2013.

James F. Hoskins, Appellant Pro Se. Thomas Harold Barnard, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James F. Hoskins appeals the district court's orders denying relief on his complaint for race and disability discrimination and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoskins v. Napolitano*, No. 1:12–cv–00639–RDB (D.Md. Nov. 28 & Dec. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*